GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
|     Debtor. | |
| EMPERY TAX EFFICIENT, LP, | Adv. Pro. No. 23-01093-NMC |
|     Plaintiff, | |
| v. | |
| RYAN DREXLER, | |
|     Defendant. | |
| RYAN DREXLER, | |
|     Counterclaimant, | **Original Hearing Date:** |
| v. | Date: August 24, 2023<br>Time: 9:30 a.m. |
| EMPERY TAX EFFICIENT, LP, | **New Hearing Date:** |
|     Counterdefendant. | Date: August 23, 2023<br>Time: 9:30 a.m. |

**STIPULATION BETWEEN EMPERY TAX EFFICIENT, LP AND RYAN DREXLER TO RESCHEDULE SCHEDULING CONFERNECE**

Empery Tax Efficient, LP ("Empery"), and Ryan Drexler ("Drexler," and together with Empery, the "Parties"), by and through their respective undersigned counsel, hereby submit this *Stipulation Between Ryan Drexler and Empery Tax Efficient, LP to Reschedule Scheduling Conference* ("Stipulation").

1. WHEREAS, on December 15, 2022, MusclePharm Corporation (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code, thereby commencing bankruptcy case no. 22-14422-NMC (the "Bankruptcy Case").

2. WHERES, on May 15, 2023, Empery filed its *Complaint* against Drexler, thereby commencing the above-captioned adversary proceeding (the "Adversary Proceeding")

3. WHEREAS, on June 14, 2023, Drexler filed his *Answer, Affirmative Defenses and Counterclaim* [ECF No. 5]

4. WHEREAS, on July 5, 2023, Empery filed *Empery Tax Efficient, LP's Answer to Defendant's Counterclaim* [ECF No. 7]

5. WHEREAS, the Scheduling Conference in the Adversary Proceeding is scheduled for August 24, 2023 at 9:30 [ECF No. 2].

6. WHEREAS, in connection with the Bankruptcy Case, the hearing on: (1) *Debtor's Motion Pursuant to §§ 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 to Approve Settlement and Plan Support Agreement with: (I) the Official Committee of Unsecured Creditors; (II) Empery Tax Efficient, LP, in its Capacity as Collateral Agent and Financing Agent for MP Collateral LLC; and (III) White Winston Select Asset Funds, LLC* [Docket No. 524] (the "PSA Motion"); and (2) *Debtor's Motion for the Entry of an Order: (i) Approving the Disclosure Statement; (ii) Approving the Form of Ballots and Proposed Solicitation and Tabulation Procedures; (iii) Fixing the Voting Deadline with Respect to the Debtor's Chapter 11 Plan; (iv) Prescribing the Form and Manner of Notice Thereof; (v) Fixing the Last Date for Filing Objections to the Chapter 11 Plan; (vi) Scheduling a Hearing to Consider Confirmation of the Chapter 11 Plan; and (vii) Appointing Stretto as Solicitation and Tabulation Agent* [ECF No. 554] (the "Disclosure Statement Motion") is scheduled to proceed August 23, 2023 at 9:30 a.m.

7. WHEREAS, the Parties have met and conferred and, in the interest of judicial

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

economy and efficiency, hereby stipulate, subject only to entry of an order approving this Stipulation substantially and materially in the form attached hereto as **Exhibit 1**, as follows:

    a.    The Scheduling Conference in the Adversary Proceeding shall be advanced from August 24, 2023 at 9:30 a.m. to August 23, 2023 at 9:30 a.m.

    b.    Empery and Drexler shall submit a discovery plan and/or competing discovery plans no later than August 11, 2023 providing for discovery to commence immediately after the Court's Scheduling Conference on August 23, 2023.

Dated this 8th day of August, 2023.

| GARMAN TURNER GORDON LLP | STEINHILBER SWANSON LLP |
|---|---|
| /s/ Teresa M. Pilatowicz<br>GREGORY E. GARMAN, ESQ.<br>WILLIAM M. NOALL, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>DYLAN T. CICILIANO, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP* | By: /s/ Michael P. Richman<br>MICHAEL P. RICHMAN, ESQ.<br>122 W. Washington Ave., Suite 850<br>Madison, WI 53703<br>*Attorney for Ryan Drexler* |

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| EMPERY TAX EFFICIENT, LP, | Adv. Pro. No. 23-01093-NMC |
| Plaintiff, | |
| v. | |
| RYAN DREXLER, | |
| Defendant. | |

| | |
|---|---|
| RYAN DREXLER,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>EMPERY TAX EFFICIENT, LP,<br><br>　　　　　Counterdefendant. | **Original Hearing Date:**<br>Date:　August 24, 2023<br>Time:　9:30 a.m.<br><br>**New Hearing Date:**<br>Date:　August 23, 2023<br>Time:　9:30 a.m. |

### ORDER APPROVING STIPULATION BETWEEN EMPERY TAX EFFICIENT, LP AND RYAN DREXLER TO RESCHEDULE SCHEDULING CONFERNECE

Empery Tax Efficient, LP ("Empery") and Ryan Drexler ("Drexler," and together with Empery, the "Parties"), by and through their respective undersigned counsel, entered in that certain *Stipulation Between Ryan Drexler and Empery Tax Efficient, LP to Reschedule Scheduling Conference* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that:

a.　The Scheduling Conference in the Adversary Proceeding shall be advanced from August 24, 2023 at 9:30 a.m. to August 23, 2023 at 9:30 a.m.

b.　Empery and Drexler shall submit a discovery plan and/or competing discovery plans no later than August 11, 2023 providing for discovery to commence immediately after the Court's Scheduling Conference on August 23, 2023.

| GARMAN TURNER GORDON LLP | STEINHILBER SWANSON LLP |
|---|---|
| */s/ Teresa M. Pilatowicz*<br>GREGORY E. GARMAN, ESQ.<br>WILLIAM M. NOALL, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>DYLAN T. CICILIANO, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP* | By: */s/ Michael P. Richman*<br>　　MICHAEL P. RICHMAN, ESQ.<br>　　122 W. Washington Ave., Suite 850<br>　　Madison, WI 53703<br>　　*Attorney for Ryan Drexler* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.