

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 09, 2023

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| EMPERY TAX EFFICIENT, LP, | Adv. Pro. No. 23-01093-NMC |
| Plaintiff, | |
| v. | |
| RYAN DREXLER, | |
| Defendant. | |

| | |
|---|---|
| RYAN DREXLER,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>EMPERY TAX EFFICIENT, LP,<br><br>　　　　　Counterdefendant. | **Original Hearing Date:**<br>Date:　August 24, 2023<br>Time:　9:30 a.m.<br><br>**New Hearing Date:**<br>Date:　August 23, 2023<br>Time:　9:30 a.m. |

### ORDER APPROVING STIPULATION BETWEEN EMPERY TAX EFFICIENT, LP AND RYAN DREXLER TO RESCHEDULE SCHEDULING CONFERNECE

Empery Tax Efficient, LP ("Empery") and Ryan Drexler ("Drexler," and together with Empery, the "Parties"), by and through their respective undersigned counsel, entered in that certain *Stipulation Between Ryan Drexler and Empery Tax Efficient, LP to Reschedule Scheduling Conference* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that:

a.　The Scheduling Conference in the Adversary Proceeding shall be advanced from August 24, 2023 at 9:30 a.m. to August 23, 2023 at 9:30 a.m.

b.　Empery and Drexler shall submit a discovery plan and/or competing discovery plans no later than August 11, 2023 providing for discovery to commence immediately after the Court's Scheduling Conference on August 23, 2023.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | STEINHILBER SWANSON LLP |
| */s/ Teresa M. Pilatowicz*<br>GREGORY E. GARMAN, ESQ.<br>WILLIAM M. NOALL, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>DYLAN T. CICILIANO, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP* | By: */s/ Michael P. Richman*<br>　　MICHAEL P. RICHMAN, ESQ.<br>　　122 W. Washington Ave., Suite 850<br>　　Madison, WI 53703<br>　　*Attorney for Ryan Drexler* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.