David Mincin, Esq.
Nevada Bar No. 5427
**MINCIN LAW, PLLC**
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
Email: dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: NIA

Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 W. 2nd St., Ste. 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Attorneys for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Bankr. Case No. 22-14422-NMC<br><br>Chapter 11<br><br>Adv. Pro. No. 23-01093-NMC |
| EMPERY TAX EFFICIENT, LP,<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER,<br><br>Defendant | **RYAN DREXLER'S NOTICE OF APPEAL AND STATEMENT OF ELECTION** |
| RYAN DREXLER,<br><br>Counterclaimant,<br><br>v.<br><br>EMPERY TAX EFFICIENT, LP,<br><br>Counterdefendant | |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Ryan Drexler

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding

☐ Plaintiff
☐ Defendant
☒ Other (describe): Defendant/counterclaimant

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   *Order on Summary Judgment* [ECF No. 232 in Adv. No. 23-01093-nmc] – copy attached.

2. State the date on which the judgment—or the appealable order or decree—was entered:

   January 31, 2025 [ECF No. 232 in Adv. No. 23-01093-nmc]

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Empery Tax Efficient, LP

Attorney: GARMAN TURNER GORDON LLP
Gregory Garman
E-mail: ggarman@gtg.legal
Teresa M. Pilatowicz
E-mail: tpilatowicz@gtg.legal
Dylan T. Cicliano
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112

**Part 4:Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Anthony R. Bisconti* Date: February 14, 2025

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

MINCIN LAW, PLLC
David Mincin, Esq.
Nevada State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
T: (702) 852-1957

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Anthony R. Bisconti
California State Bar No. 269230 (pro hac vice)
360 E. 2nd Street, Ste. 360
Los Angeles, CA 90012
T: (213) 528-3400

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 31, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MP REORGANIZATION, | Chapter 11 |
| Debtor. | |
| EMPERY TAX EFFICIENT, LP, | |
| Plaintiff, | Adv. Pro. No. 23-01093-NMC |
| v. | |
| RYAN DREXLER, | |
| Defendant. | |
| RYAN DREXLER, | |
| Counterclaimant, | |
| v. | |
| EMPERY TAX EFFICIENT, LP, | |
| Counterdefendant. | |

**ORDER ON SUMMARY JUDGMENT**

This case is before the Court on Empery Tax Efficient, LP ("Empery")'s Amended Partial Summary Judgment Motion and Ryan Drexler ("Drexler")'s Amended Partial Summary Judgment Motion, found at Docket numbers 198 and 195.

The Court has also considered the Parties' respective oppositions to the motions, found at Docket numbers 222 and 205. Pursuant to Federal Rule of Evidence 201, the Court has also taken judicial notice of all pleadings on this adversary docket and the underlying bankruptcy case.

Empery seeks Summary Judgment on Drexler's Counterclaims for Breach of Contract and Declaratory Judgment and Drexler similarly seeks summary judgment on Empery's Claim for Breach of Contract and Declaratory Judgment.

Upon review of the operative pleadings and exhibits, as well as the relevant legal standard, the Court finds that Empery's motion is due to be granted and Drexler's Motion is due to be denied. Further, the Court adopts the arguments contained in Empery's pleadings.

Accordingly**, IT IS HEREBY ORDERED**:

**1.** Ryan Drexler's Amended Motion for Summary Judgment (Doc. 198) is **DENIED**.

**2.** Empery Tax Efficient LP's Amended Motion for Summary Judgment (Doc. 195) is **GRANTED.** The Court **dismisses** Ryan Drexler's Counterclaims for Breach of Contract and Declaratory Judgment.

**IT IS SO ORDERED** this 31th day of January 2025.

Copies sent to all parties via CM/ECF Electronic Filing.