Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 21, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*
*on behalf of itself and as agent for MP Collateral, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| EMPERY TAX EFFICIENT, LP,<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER,<br><br>Defendant. | Adv. Pro. No. 23-01093-NMC<br><br>**ORDER APPROVING STIPULATION TO DISMISS CLAIMS IN ADVERSARY PROCEEDING** |
| RYAN DREXLER,<br><br>Counterclaimant,<br><br>v.<br><br>EMPERY TAX EFFICIENT, LP, | Date: N/A<br>Time: N/A |

Counterdefendant.

Empery Tax Efficient, LP ("Empery Tax"), on behalf of itself and as agent for MP Collateral, LLC (MP Collateral, and together with Empery Tax, "Empery"), and Ryan Drexler ("Drexler," and together with Empery, the "Parties") by and through their respective undersigned counsel, entered into that certain *Stipulation to Dismiss Claims in Adversary Proceeding* (the "Stipulation").[1] Good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that:

1. The Empery Claims are hereby dismissed.

2. The Drexler Covenant Claim is hereby dismissed.

3. The Adversary Case shall remain open solely for (1) Empery to seek attorney's fees, which Drexler reserves the right to oppose, and (2) the outcome of the pending Appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4. All pending hearings are hereby vacated.

**IT IS SO ORDERED.**

Submitted By:

GARMAN TURNER GORDON LLP

By: /s/ Teresa Pilatowicz
GREGORY GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
DYLAN T. CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

BIENERT KATZMAN LITTRELL WILLIAMS LLP

By: /s/ Anthony Bisconti
ANTHONY R. BISCONTI, ESQ.
360 W. 2nd Street, Suite 625
Los Angeles, CA 90012

-and-

MINCIN LAW, PLLC
DAVID MINCIN, ESQ.
7465 W. Lake Mead Blvd, #100
Las Vegas, NV 89128

*Attorneys for Ryan Drexler*

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Bankruptcy Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as stated above.

*Approvals Reflected in Signatures Above.*

☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000